427 A.2d 251

Commonwealth v. Neely, Appellant.

David R. Eshelman, Assistant Public Defender, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.

427 A.2d 251

Commonwealth v. Quinn, Appellant.

Argued November 14, 1979. Sanford Finder, for appellant; Charles W. Johns, Assistant District Attorney and Robert L. Eberhardt, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

The judgment of sentence is affirmed.